**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| In re: Michael Bisch | § § § § | Case No. 722-14-28027 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Nichole B. Farris, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,882.00 | Assets Exempt: | $2,882.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $21,251.22 | Claims Discharged Without Payment: | $47,860.16 |
| Total Expenses of Administration: | $19,786.16 | | |

     3) Total gross receipts of $41,037.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $41,037.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $110,910.31 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $18,286.16 | $19,786.16 | $19,786.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $67,511.38 | $67,511.38 | $19,651.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $198,307.85 | $88,897.54 | $41,037.38 |

4) This case was originally filed under chapter 7 on 08/06/2014. The case was pending for 112 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2023　　　　　　　By: /s/ Nichole B. Farris
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Forced Buy Back of Interest in Trackside, LLC | 1229-000 | $26,037.38 |
| Carello vs. Bisch - Adversary Proceeding | 1249-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$41,037.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | LVNV Funding, LLC | 4110-000 | $0.00 | $110,910.31 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$110,910.31** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Sheri L. Carello | 2100-000 | NA | $3,353.74 | $4,853.74 | $4,853.74 |
| Trustee, Expenses - Nichole B. Farris | 2200-000 | NA | $35.24 | $35.24 | $35.24 |
| Accountant for Trustee, Expenses - Gabrielson & Company | 3320-000 | NA | $71.53 | $71.53 | $71.53 |
| Bond Payments - BOND | 2300-000 | NA | $12.16 | $12.16 | $12.16 |
| Bond Payments - International Sureties | 2300-000 | NA | $11.05 | $11.05 | $11.05 |
| Bond Payments - Internaltional Sureties | 2300-000 | NA | $7.16 | $7.16 | $7.16 |
| Bank Service Fees - Mechanics Bank | 2600-000 | NA | $20.83 | $20.83 | $20.83 |
| Bank Service Fees - Mechanics Bank | 2600-000 | NA | $304.16 | $304.16 | $304.16 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $258.54 | $258.54 | $258.54 |
| Attorney for Trustee Fees (Other Firm) - Estela Pino, Esq. | 3210-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Estela Pino, Esq. | 3220-000 | NA | $2,639.25 | $2,639.25 | $2,639.25 |
| Accountant for Trustee Fees (Other Firm) - Gabrielson & Company | 3410-000 | NA | $1,572.50 | $1,572.50 | $1,572.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $18,286.16 | $19,786.16 | $19,786.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brian Pakpour Esq | 5100-000 | $0.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,600.00** | **$1,600.00** | **$1,600.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $1,413.02 | $1,413.02 | $411.30 |
| 3 | California Coast Credit Union | 7100-000 | $0.00 | $30,595.95 | $30,595.95 | $8,905.87 |
| 4 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $14,103.67 | $14,103.67 | $4,105.30 |
| 5 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $15,604.05 | $15,604.05 | $4,542.03 |
| 6 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $5,794.69 | $5,794.69 | $1,686.72 |
| 8 | David Matista | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Renate Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Andrew Bisch | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | BV64 Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$67,511.38** | **$67,511.38** | **$19,651.22** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 722-14-28027  
**Case Name:** Bisch, Michael  
**For Period Ending:** 12/14/2023

**Trustee Name:** (008180) Nichole B. Farris  
**Date Filed (f) or Converted (c):** 08/06/2014 (f)  
**§ 341(a) Meeting Date:** 09/03/2014  
**Claims Bar Date:** 12/22/2015

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | First Northern Bank | 1,682.00 | 0.00 | | 0.00 | FA |
| 3 | Couch | 50.00 | 0.00 | | 0.00 | FA |
| 4 | 20 books | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Bicycles | 120.00 | 0.00 | | 0.00 | FA |
| 7 | Camping and Fishing Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9 | BV64, Inc. (60% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Commission paid to Debtor from Trackside, LLC (u) | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | Forced Buy Back of Interest in Trackside, LLC (u)<br>*** From Trustee Sheri Carello ***<br>Debtor was kicked out of LLC purusant to by-laws and this is his forced buy out of his interest. | 24,000.00 | 24,000.00 | | 26,037.38 | FA |
| 12 | Carello vs. Bisch - Adversary Proceeding (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 13 | Chair | 20.00 | 0.00 | | 0.00 | FA |
| 14 | Shelving | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Dining Table (40) & chairs (40) | 80.00 | 0.00 | | 0.00 | FA |
| 16 | Kitchen utensils, pots & pans | 40.00 | 0.00 | | 0.00 | FA |
| 17 | Beds | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Garage hand/power tools | 200.00 | 0.00 | | 0.00 | FA |
| 19 | BBQ equipment | 20.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$34,882.00** | **$39,000.00** | | **$41,037.38** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 722-14-28027
**Case Name:** Bisch, Michael

**For Period Ending:** 12/14/2023

**Trustee Name:** (008180) Nichole B. Farris
**Date Filed (f) or Converted (c):** 08/06/2014 (f)
**§ 341(a) Meeting Date:** 09/03/2014
**Claims Bar Date:** 12/22/2015

**Major Activities Affecting Case Closing:**

12/14/23 All checks cleared. Trustee maiiled/emiled TDR to UST.

9/26/23 Check went stale- trustee stopped payment and reissued and remailed. Trustee also reaching out to creditor asking to please deposit quickly.

7/23/23 one check still hasn't cleared.

6/12/23 Trustee cut and mailed checks per court order signed 5/17/23, doc 146

5/16/23 Trustee uploaded proposed Order for Compensation

4/18/23 Trustee mailed/emailed TFR/NFR to UST. Proposed distribution to unsecured creditors 29.11%

2/2/23 trustee uploaded CPA fee application and supporting documentation (hearing 3/8/23)

1/24/23 Trustee received tax returns from CPA- no taxes due. Trustee sent via certified mail with prompt determination letters four packages to IRS and FTB.

1/12/23 Trustee filed application to employ CPA Mike Gabrielson (CPA served docs)

1/10/23 emailed form 2 to cpa to determine if tax return is needed.

12/7/23 Trustee cut and mailed check to Ms. Pino per court order.

10/12/22 Settlement Agreement Order entered/approved. Trustee t/conf with counsel re fees and next steps.

9/7/22 STATUS UPDATE:

Trustee working with Ms. Pino re settlement agreement. After much negotiation - all parties have now signed off on Motion to Compromise- it has been filed with the court and set for hearing.

7/21/22 STATUS UPDATE:

Nikki Farris appointed as successor trustee. NF has had multiple phone conversation and many emails with counsel Estela Pino regarding settlement agreement, status of case, etc. NF reviewed settlement agreement and approved. Waiting now for opposing counsel to review and sign document. Also monitoring for POC's to be withdrawn per agreement.

\*\* From Trustee Sheri Carello \*\*
9/17/14 - open as asset case to see if can sell partial interest in corporation
10/1/14 - review balance sheet of BV 64 Inc. - looks like there might be value
12/15/14 - value of Debtor's interest in BV64, Inc. is around $15,000.00 and he has $24,000.00 of unused exemption letf
may need to close as no asset case.
09/23/15 - sent letter to Mr. Bisch's attorney requesting documents regarding Trackside Center, LLC.
10/15/15 - Review letter from Mr. Hill re money debtor received from Trackside
11/10/15 - Review final closing documents from Trackside Center, LLC.
12/15/15 - Review letter from Kemple Pope re final closing
01/08/16 - send ltr to Kemple Pope re money Trackside Center, LLC is holding on for Mr. Bisch
01/12/16 - Sent ltr to atty Hill re demand of $8,0000.00 paid to debtor from Trackside
04/25/16 - deposit 1st payment form Trackside Center, LLC
07/06/16 - deposit payment from Trackside Center, LLC.
10/07/16 - Deposit payment from Trackside Center, LLC
01/09/17- Deposit payment from Trackside Center, LLC
04/07/17 - deposit payment from Trackside Center, LLC
07/10/17 - Deposit payment from Trackside Center, LLC

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| Case No.: 722-14-28027 | Trustee Name: (008180) Nichole B. Farris |
| Case Name: Bisch, Michael | Date Filed (f) or Converted (c): 08/06/2014 (f) |
| | § 341(a) Meeting Date: 09/03/2014 |
| For Period Ending: 12/14/2023 | Claims Bar Date: 12/22/2015 |

10/09/17 - deposit payment from Trackside Center, LLC
01/09/18 - deposit payment from Trackside Center, LLC
04/09/18 - deposit payment from Trackside Center, LLC
07/06/18 - Deposit payment from Trackside Center, LLC
01/09/19 - Deposit paymetn from Trackside Center, LLC
04/02/19 - re'd email from Mr. Pope that they want to make final payment by 4/15/19 so bankruptcy case can be closed out -
04/09/19 - deposit payment from Trackside Center, LLC
04/23/19 - deposit final payment from Trackside Center, LLC - calendar for TFR in early May, 2019 after receipt of bank statement
06/30/19 - filed TFR with UST
07/23/19 - Debtor filed Objection to my Trustee's Final Report
08/07/19 - filed response to objection to my TFR
09/04/19 - Signed Application to Empty Estela Pino Re Property of estate issue
11/25/19 - exchange exchange emails with Estela and Mark Wolff re conference call
03/24/2020 - Review case and figure out how to get Mr. Bisch to respond to emails and resolve issue of property of the estate
06/04/2020 - send Estela an email re offering a possible settlement on Bisch
06/25/2020 - send email to Mark Wolff re I am not filing adversary, Mr. Bisch should do so if he wants to challenge property of the estate
06/25/2020 - review email from Mark Wolff - he said they would file adversary proceeding
08/12/2020 - send email to Mark Wolff - regarding update on filing adversary proceeding
09/23/2020- send another mail to Mark Wolff since he did not respond to last emails - ask if he is still representing Mr. Bisch
10/01/2020 = send email to Mr. Bisch to see if Mr. Wolff is still representing him - received no response from Mr. Bisch
10/16/2020 - circle back with Estela since I have heard nothing from Mr. Bisch or Mr. Wolff
10/20/2020 - review ex parte application for rule 2004 exam
11/31/2020 - left message for Estela Pino re next step in filing adversary proceeding against Mr. Bisch
10/19/2020 - TC with Estela about getting more documents before filing adversary proceeding.
10/28/2020 - sent email to Steve Greenfield from Trackside, - to get more documents and forward them to Estela
10/30/2020 - TC with Steven Greenfield re subpoena he received a copy of regarding the title company
11/02/2020 - forward email to Estela from Steven Greenfield re copies of check and final closing documents on property in Davis, CA
11/18/2020 -review email from Kemble Pope in response to my email - with documents attached regarding Trackside Transaction
01/18/2021 - review email from Estela to Mark Wolff re request for K-1's for multiple years
03/1/2021 - send email to Estela re need to file Adversary Proceeding
03/25/2021 - discuss with Estela making final settlement offer to Mr. Bisch re Trackside
04/27/2021 - review email from Estela re her phone conversation with Mark Wolff re settlement offer
05/24/2021 -review draft email from Estela to Mark Wolff re Bisch's counter offer to our settlement
06/17/2021 - Review email from Ms. Pino's office re 2005 Subpoena for First Northern Bank
08/11/2021 - send email to Estela - we just need to file adversary proceeding
08/18/2021 -review draft of Adversary Complaint against Bisch -
08/23/2021 - review email from Raman from Estela's office re date Bisch's answer to due and Status Conference date - calendar same - waiting for Mr. Bisch to file his answer
09/22/2021 - review email from Ms. Pino's office re email received from Mr. Lazzarini re representing Mr. Bisch
09/22/2021 - give extension of time to file Answer to Complaint to Mr. Lazzarini -
09/24/2021 - review Mr. Bisch's Motion to Dismiss Adversary proceeding
10/13/2021 - TC with Estela re Motion to Dismiss filed by Mr. Bisch
10/13/2021 - review draft of Opposition to Motion to Dismiss -
10/27/2021 - appeared at motion to dismiss - judge denied motion and adopted the schedule order we submitted - they have 14 days to file an answer
10/27/2021 - Review Scheduling order - Pre-Trial scheduled for June 22, 2022 at 1:20 p.m. - calendar dates
11/10/2021 - review Bisch's answer to complaint
11/15/2021 - review documents received from subpoenas that were issued to Placer Title,
11/19/2021 - forward recordings of 341 meeting received from the U.S. Trustee's office to Ms. Pino's office

Filed 12/22/23    Case 14-28027    Doc 147

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 4

**Case No.:**  722-14-28027  **Trustee Name:**  (008180) Nichole B. Farris
**Case Name:**  Bisch, Michael  **Date Filed (f) or Converted (c):**  08/06/2014 (f)
  **§ 341(a) Meeting Date:**  09/03/2014
**For Period Ending:**  12/14/2023  **Claims Bar Date:**  12/22/2015

12/23/2021 - Review discovery requests to Mr. Bisch re adversary proceeding
01/03/2022 - review Ex Parte application re more than 25 interrogatories
01/04/2022 - reivew opposition by Bisch to interrogatories - Judge granted motion right after opposition was filed
01/17/2022 - Schedule call with Steven Greenfield re adversary proceeding against Bisch
05/19/2022 - attend BDRP with Paul Pascuzzi, Estela Pino, Debtor and his attorney - all day 10:00 a,m, to 4:10 pm
05/26/2022 - TC with Estela re settlement of what we have plus $10K and withdrawal of all insider claims

NIKKI FARRIS APPOINTED AS TRUSTEE:

7/5/22- trustee received message and returned call to Estella Pino- left message.

**Initial Projected Date Of Final Report (TFR):**  12/31/2016  **Current Projected Date Of Final Report (TFR):**  05/03/2023 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Filed 12/22/23　　　　　　　　　　　　　Case 14-28027　　　　　　　　　　　　　Doc 147

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 722-14-28027 | **Trustee Name:** | Nichole B. Farris (008180) | |
| **Case Name:** | Bisch, Michael | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4565 | **Account #:** | ******0050 Checking Account | |
| **For Period Ending:** | 12/14/2023 | **Blanket Bond (per case limit):** | $16,767,431.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/01/22 | 1000 | International Sureties | 2020 Bond Payment Bond #016048575 | 2300-000 | | 11.05 | -11.05 |
| 02/03/22 | | Transition Credit from Mechanics Bank acct XXXXXX8266 | Transition Credit from Mechanics Bank acct XXXXXX8266 | 9999-000 | 25,705.23 | | 25,694.18 |
| 07/14/22 | | Estate of Michael Bisch | Transfer to Nikki Farris | 9999-000 | | 25,694.18 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | | 25,705.23 | 25,705.23 | $0.00 |
| Less: Bank Transfers/CDs | | 25,705.23 | 25,694.18 | |
| **Subtotal** | | 0.00 | 11.05 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $11.05 | |

{ } Asset Reference(s)　　　　UST Form 101-7-TDR ( 10/1/2010)　　　　　　　　! - transaction has not been cleared

Filed 12/22/23　　　Case 14-28027　　　Doc 147

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| Case No.: 722-14-28027 | Trustee Name: | Nichole B. Farris (008180) |
| Case Name: Bisch, Michael | Bank Name: | Mechanics Bank |
| Taxpayer ID #: **-***4565 | Account #: | ******8266 Mechanics Checking (Carello) |
| For Period Ending: 12/14/2023 | Blanket Bond (per case limit): | $16,767,431.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/25/16 | {11} | Trackside Center, LLC | Payment on buy out of debtor's interest in Trackside Center, LLC | 1229-000 | 3,665.48 | | 3,665.48 |
| 04/25/16 | {11} | Trackside Center, LLC | payment on forced buy out of Debtor's interest in Trackside, LLC | 1229-000 | 632.74 | | 4,298.22 |
| 04/29/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,288.22 |
| 05/31/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,278.22 |
| 06/30/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,268.22 |
| 07/06/16 | {11} | Trackside Center, LLC | payment from Trackside re buy back | 1229-000 | 632.74 | | 4,900.96 |
| 07/29/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,890.96 |
| 08/31/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,880.96 |
| 09/30/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,870.96 |
| 10/07/16 | {11} | Trackside Center, LLC | payment on buy out of interest in Trackside Center, LLC | 1229-000 | 632.74 | | 5,503.70 |
| 10/31/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,493.70 |
| 11/30/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,483.70 |
| 12/30/16 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,473.70 |
| 01/09/17 | {11} | Trackside Center, LLC | payment on buy out of interest in Trackside Center, LLC | 1229-000 | 632.74 | | 6,106.44 |
| 01/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,096.44 |
| 02/02/17 | 101 | Internaltional Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2017 FOR CASE #14-28027-A-7 | 2300-000 | | 1.58 | 6,094.86 |
| 02/28/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,084.86 |
| 03/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,074.86 |
| 04/07/17 | {11} | Trackside Center, LLC | payment from Trackside | 1229-000 | 632.74 | | 6,707.60 |
| 04/28/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,697.60 |
| 05/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,687.60 |
| 06/30/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,677.60 |
| 07/10/17 | {11} | Trackside Center, LLC | payment on force out of Debtor's interest in LLC | 1229-000 | 632.74 | | 7,310.34 |
| 07/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,300.34 |
| 08/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.54 | 7,289.80 |
| 09/29/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,279.80 |

　　　　　　　　　　　　　　　　　　　　　Page Subtotals:　　$7,461.92　　$182.12

{ } Asset Reference(s)　　　UST Form 101-7-TDR ( 10 /1/2010)　　　! - transaction has not been cleared

Filed 12/22/23    Case 14-28027    Doc 147

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 722-14-28027 | Trustee Name: | Nichole B. Farris (008180) |
|---|---|---|---|
| Case Name: | Bisch, Michael | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4565 | Account #: | ******8266 Mechanics Checking (Carello) |
| For Period Ending: | 12/14/2023 | Blanket Bond (per case limit): | $16,767,431.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.83 | 7,268.97 |
| 11/30/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.45 | 7,258.52 |
| 12/29/17 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.09 | 7,248.43 |
| 01/09/18 | {11} | Trackside, LLC | payment on forced buy out from LLC | 1229-000 | 632.74 | | 7,881.17 |
| 01/22/18 | 102 | Internaltional Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2018 FOR CASE #14-28027-A-7 | 2300-000 | | 2.44 | 7,878.73 |
| 01/31/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 12.10 | 7,866.63 |
| 02/28/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.55 | 7,856.08 |
| 03/30/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 11.29 | 7,844.79 |
| 04/09/18 | {11} | Trackside Center, LLC | payment on forced buy out of debtor's interest in Trackside | 1229-000 | 632.74 | | 8,477.53 |
| 04/30/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 11.45 | 8,466.08 |
| 05/31/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 13.39 | 8,452.69 |
| 06/29/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 11.75 | 8,440.94 |
| 07/06/18 | {11} | Trackside Center, LLC | forced buy back of interest in Trackside, LLC | 1229-000 | 632.74 | | 9,073.68 |
| 07/06/18 | {11} | Trackside Center, LLC | payment on force buy back of Interest in Trackside, LLC | 1229-000 | 15,272.60 | | 24,346.28 |
| 07/06/18 | {11} | Trackside Center, LLC | Reversed Deposit 100010 1 payment on force buy back of Interest in Trackside, LLC | 1229-000 | -15,272.60 | | 9,073.68 |
| 07/31/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 13.61 | 9,060.07 |
| 08/31/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 13.46 | 9,046.61 |
| 09/28/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.93 | 9,039.68 |
| 10/05/18 | {11} | Trackside Center, LLC | payment on force buy back of Interest in Trackside, LLC | 1229-000 | 632.74 | | 9,672.42 |
| 10/31/18 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.55 | 9,663.87 |
| 01/09/19 | {11} | Trackside Center, LLC | Forced Buy Back of Interest in Trackside, LL> | 1229-000 | 632.74 | | 10,296.61 |
| 01/18/19 | 103 | Internaltional Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/18/2019 FOR CASE #14-28027-A-7, Bond Payments | 2300-000 | | 3.14 | 10,293.47 |
| 04/09/19 | {11} | Trackside Center, LLC | Forced buy back of interst in Trackside, LLC | 1229-000 | 632.74 | | 10,926.21 |
| 04/23/19 | {11} | Trackside, LLC | Payment on Forced Buy Back of Interest in Trackside, LLC | 1229-000 | 14,779.02 | | 25,705.23 |
| 02/03/21 | | Transition Debit to Metropolitan Commercial Bank acct XXXXXX0050 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX0050 | 9999-000 | | 25,705.23 | 0.00 |

Page Subtotals:    $18,575.46    $25,855.26

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Filed 12/22/23    Case 14-28027    Doc 147

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| Case No.: | 722-14-28027 |
| Case Name: | Bisch, Michael |
| Taxpayer ID #: | **-***4565 |
| For Period Ending: | 12/14/2023 |

| | |
|---|---|
| Trustee Name: | Nichole B. Farris (008180) |
| Bank Name: | Mechanics Bank |
| Account #: | ******8266 Mechanics Checking (Carello) |
| Blanket Bond (per case limit): | $16,767,431.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 26,037.38 | 26,037.38 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 25,705.23 | |
| | | **Subtotal** | | | 26,037.38 | 332.15 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$26,037.38** | **$332.15** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | |
|---|---|---|
| **Case No.:** 722-14-28027 | **Trustee Name:** | Nichole B. Farris (008180) |
| **Case Name:** Bisch, Michael | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***4565 | **Account #:** | ******4033 Checking |
| **For Period Ending:** 12/14/2023 | **Blanket Bond (per case limit):** | $16,767,431.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/22 | | Transfer Credit from | Transfer from Sheri Carello | 9999-000 | 25,694.18 | | 25,694.18 |
| 10/10/22 | {12} | Estela Pino trust account | settlement funds | 1249-000 | 15,000.00 | | 40,694.18 |
| 11/09/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX4280 | Transition Debit to TriState Capital Bank acct XXXXXX4280 | 9999-000 | | 40,694.18 | 0.00 |
| | | **COLUMN TOTALS** | | | 40,694.18 | 40,694.18 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 25,694.18 | 40,694.18 | |
| | | **Subtotal** | | | 15,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$15,000.00** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | |
|---|---|---|
| Case No.: 722-14-28027 | Trustee Name: | Nichole B. Farris (008180) |
| Case Name: Bisch, Michael | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: **-***4565 | Account #: | ******4280 Checking Account |
| For Period Ending: 12/14/2023 | Blanket Bond (per case limit): | $16,767,431.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX4033 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX4033 | 9999-000 | 40,694.18 | | 40,694.18 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 69.56 | 40,624.62 |
| 12/07/22 | 2000 | Estela Pino, Esq. | Atty fees and costs- per court order signed 11/23/22; Doc 121 | | | 12,639.25 | 27,985.37 |
| | | Estela Pino, Esq. | Attorney expenses $2,639.25 | 3220-000 | | | |
| | | Estela Pino, Esq. | Attorney fees $10,000.00 | 3210-000 | | | |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.63 | 27,931.74 |
| 01/25/23 | 2001 | International Sureties | Blanket Bond #016048575 | 2300-000 | | 12.16 | 27,919.58 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 47.75 | 27,871.83 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 41.69 | 27,830.14 |
| 03/23/23 | 2002 | Gabrielson & Company | per signed court order signed 3/8/23 doc 137 | | | 1,644.03 | 26,186.11 |
| | | Gabrielson & Company | per signed court order signed 3/8/23 doc 137 $71.53 | 3320-000 | | | |
| | | Gabrielson & Company | per signed court order signed 3/8/23 doc 137 $1,572.50 | 3410-000 | | | |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 45.91 | 26,140.20 |
| 06/12/23 | 2003 | Sheri L. Carello | Combined trustee compensation & expense dividend payments. | 2100-000 | | 4,853.74 | 21,286.46 |
| 06/12/23 | 2004 | Nichole B. Farris | Distribution payment - Dividend paid at 100.00% of $35.24; Claim # TE; Filed: $35.24 | 2200-000 | | 35.24 | 21,251.22 |
| 06/12/23 | 2005 | Brian Pakpour Esq | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # 1; Filed: $1,600.00 Stopped on 09/27/2023 | 5100-005 | | 1,600.00 | 19,651.22 |
| 06/12/23 | 2006 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 29.11% of $1,413.02; Claim # 2-2; Filed: $1,413.02 | 7100-000 | | 411.30 | 19,239.92 |
| 06/12/23 | 2007 | California Coast Credit Union | Distribution payment - Dividend paid at 29.11% of $30,595.95; Claim # 3; Filed: $30,595.95 | 7100-000 | | 8,905.87 | 10,334.05 |
| 06/12/23 | 2008 | Atlas Acquisitions LLC | Distribution payment - Dividend paid at 29.11% of $14,103.67; Claim # 4; Filed: $14,103.67 | 7100-000 | | 4,105.30 | 6,228.75 |
| 06/12/23 | 2009 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 29.11% of $15,604.05; Claim # 5; Filed: $15,604.05 | 7100-000 | | 4,542.03 | 1,686.72 |
| 06/12/23 | 2010 | Atlas Acquisitions LLC | Distribution payment - Dividend paid at 29.11% of $5,794.69; Claim # 6; Filed: $5,794.69 | 7100-000 | | 1,686.72 | 0.00 |
| 09/26/23 | 2011 | Brian Pakpour Esq | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # 1; Filed: $1,600.00 | 5100-000 | | 1,600.00 | -1,600.00 |

Page Subtotals: $40,694.18 $42,294.18

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Filed 12/22/23     Case 14-28027     Doc 147

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | |
|---|---|
| **Case No.:** 722-14-28027 | **Trustee Name:** Nichole B. Farris (008180) |
| **Case Name:** Bisch, Michael | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** \*\*-\*\*\*4565 | **Account #:** \*\*\*\*\*\*4280 Checking Account |
| **For Period Ending:** 12/14/2023 | **Blanket Bond (per case limit):** $16,767,431.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/23 | 2005 | Brian Pakpour Esq | Distribution payment - Dividend paid at 100.00% of $1,600.00; Claim # 1; Filed: $1,600.00 Stopped: check issued on 06/12/2023 | 5100-005 | | -1,600.00 | 0.00 |
| | | | **COLUMN TOTALS** | | 40,694.18 | 40,694.18 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 40,694.18 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 40,694.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $40,694.18 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Filed 12/22/23    Case 14-28027    Doc 147

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | | | |
|---|---|---|---|
| **Case No.:** | 722-14-28027 | **Trustee Name:** | Nichole B. Farris (008180) |
| **Case Name:** | Bisch, Michael | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***4565 | **Account #:** | ******4280 Checking Account |
| **For Period Ending:** | 12/14/2023 | **Blanket Bond (per case limit):** | $16,767,431.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0050 Checking Account | $0.00 | $11.05 | $0.00 |
| ******8266 Mechanics Checking (Carello) | $26,037.38 | $332.15 | $0.00 |
| ******4033 Checking | $15,000.00 | $0.00 | $0.00 |
| ******4280 Checking Account | $0.00 | $40,694.18 | $0.00 |
| | **$41,037.38** | **$41,037.38** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)